**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

NHC LLC, Plaintiff

No. 19 C 6332

v.

Centaur Construction Company, Inc.,

Spiros Tsaparas and Peter Alexopoulos, Defendants.

### THIRD PARTY CITATION TO DISCOVER ASSETS

To: M Sourcing LLC c/o Linda Manning, Registered Agent, 516 E. Hyman, Aspen CO 81611

YOU ARE COMMANDED to appear at the of Buechler Law Office at thier office location of 999 18th St., Suite 1230-S, Denver CO, on September 14, 2023, at 11:00 a.m. to be examined under oath to discover assets or income not exempt from enforcement of a judgment. A judgment in favor of NHC LLC and against Defendants was entered on March 15, 2023 (or revived on March 15, 2023) in the amount of $ 22,272,124.34 + and $ 22,272,124.34 + remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:

SEE ATTACHED SCHEDULE A

and all books, papers or records in you possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY (OR NON - ATTORNEY)

NOTE: THIS CITATION MUST BE ACCOMPANIED AT THE TIME OF SERVICE BY EITHER A COPY OF THE UNDERLYING MEMORANDUM OF JUDGMENT OR A CERTIFICATION BY EITHER THE CLERK THAT ENTERED THE JUDGMENT OR THE ATTORNEY FOR THE JUDGMENT CREDITOR SETTING FORTH THE FOLLOWING:

In the United States Dist. Court for the Northern District of Illinois (specify) on March 15, 2023, A judgment in the amount of $ 22,272,124.34 + was entered in favor of NHC LLC and against Defendants in Case No. 19 C 6332 and a balance of $ 22,272,124.34 + remains unsatisfied.

I, the undersigned certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that all information stated herein is true.

Atty. No.: 3127421
Name: Gini S. Marziani, Davis McGrath LLC
Address: 125 S. Wacker Dr. Suite300
City/State/Zip: Chicago, IL 60606
Telephone: 312/332-3033
E-mail: gsmarziani@davismcgrath.com

/s/Gini S. Marziani
(Signature of Attorney)

WITNESS: *Amanda Keil*   DEPUTY CLERK

Thomas G. Bruton
Clerk of the Court

August 23, 2023
DATE

SEAL

## SCHEDULE A FOR CITATIONS
(Third Party Payee)

1. All loans or agreements with Defendant and all documents that refer or relate to any loan or agreement with Defendant and payment of any loan or agreement or retainer, or deposits by the Defendant or on behalf of the Defendant including but not limited to notes, checks, money orders, receipts, letters, emails.

2. All bank statements, canceled checks, bank memoranda, check books or any other records relating to checking accounts, savings accounts or any other accounts maintained by Defendant(s) within the past three years at any bank or similar financial institution.

3. All deeds, mortgages, trust deeds, certificates of participation, trust agreements and contracts for deed evidencing any ownership interest, legal or equitable, in real estate which Defendant(s) now has or has had an interest in during the past five years.

4. All passbooks and certificates of deposit which evidence accounts in a bank, savings and loan association or other financial institution which Defendant(s) now has or had an interest in during the past three years.

5. All statements of account relating to a stock or commodities brokerage account or accounts maintained with a stock or commodities broker which Defendant(s) now has or had an interest in during the past three years.

6. All stock certificates; notes, bonds, debentures, options or any other documents, whether negotiable or non-negotiable, which Defendant(s) now has or had an interest in during the past three years.

7. Defendant's(') complete federal income tax returns, final or estimated, covering any portion of the last three calendar years.

8. Defendant's(') state income tax return, final or estimated, covering any portion of the last three calendar years.

9. All correspondence, documents and records pertaining to claims and settlements between Defendant(s) and any insurance carrier during the past four years.

10. All receipts, rental agreements, signature cards or other statements relating to any safety deposit boxes which Defendant(s) now has or had an interest in during the past three years.

11. All certificates of title for automobiles, trucks, or other motor vehicles which Defendant(s) now has or had an interest in during the past three years.

12. All certificates of title, registration certificates, agreements, or any other form of record indicating ownership or a proprietary interest in airplanes, boats, ships, yachts or thoroughbred race horses which Defendant(s) now has or had an interest in during the past three years.

13. All certificates of title or other evidences of Defendant's(') ownership of inventory, machinery, supplies, fixed assets, plant, warehouses or other like assets.

14. Copies of the articles of incorporation, and all bylaws, stock certificates, corporate resolutions, and meeting minutes from the date of incorporation to the present for Defendant(s).

15. Copies of all life insurance policies which Defendant(s) owns.

16. Copies of all property insurance policies, both real and personal, for which Defendant(s) is a named insured.

17. Copies of any personal financial statements of Defendant(s) which have been submitted to any banks or other financial institutions during the past three years.

18. All commercial paper owned by Defendant(s), wholly or partly or obligations of the U.S. Government or other political subdivision of the U.S. Government, any State of the United States or any municipalities of the United States or their subdivision.

19. Any and all trusts, agreements, partnership agreements or joint venture agreements by virtue of which Defendant(s) wholly or partially has an interest in any real estate, business enterprises or real estate venture.

20. Copies of all contracts of employment or other contracts employing Defendant(s) during the past three years.

21. Copies of any and all documents or records reflecting income received by Defendant(s) for the past three years.

22. Copies of all written opinions or appraisals that Defendant(s) has received or contracted for, reflecting the values on any real or personal property which Defendant(s) presently owns, either legally or beneficially or real or personal property which Defendant(s) has owned for the past three years.

23. Copies of all records reflecting any deferred compensation agreements between Defendant(s) and prior employers, present employer, partnerships and/or corporations and any other person or entities for the past three years.

24. A list of all accounts receivable pertaining to Defendant(s).