*AB Litigation Services*

|  | Page 21 |
|---|---|
| 1 | Q   Okay.  I actually don't believe I have any |
| 2 | more questions.  Let me just -- give me one second |
| 3 | to look over my notes real fast.  No, I think that's |
| 4 | it.  You know, this was never going to be a real |
| 5 | long one.  I appreciate you showing up today and |
| 6 | participating, but I don't have any more questions |
| 7 | for you. |
| 8 | A    Okay. |
| 9 | MS. KEIMIG:  Nothing from me. |
| 10 | (The deposition concluded at 10:33 a.m., |
| 11 | on September 22, 2023.) |
| 12 | (The deponent waived signature.) |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

|  | Page 22 |
|---|---|
| 1 | STATE OF COLORADO  ) |
| 2 |                    )  SS.   REPORTER'S CERTIFICATE |
| 3 | COUNTY OF DENVER   ) |
| 4 | I, Sharon R. Dobson, do hereby certify |
| 5 | that I am a Registered Professional Reporter; that |
| 6 | previous to the commencement of the examination, the |
| 7 | deponent was duly sworn to testify to the truth. |
| 8 | I further certify that this deposition was |
| 9 | taken in shorthand by me at the time and place |
| 10 | herein set forth, that it was thereafter reduced to |
| 11 | typewritten form, and that the foregoing constitutes |
| 12 | a true and correct transcript. |
| 13 | I further certify that I am not related |
| 14 | to, employed by, nor of counsel for any of the |
| 15 | parties or attorneys herein, nor otherwise |
| 16 | interested in the result of the within action. |
| 17 | In witness whereof, I have affixed my |
| 18 | signature on September 27, 2023. |
| 19 | |
| 20 | *Sharon R. Dobson* |
|    |                Sharon R. Dobson, RPR |
| 21 |                216 - 16th Street, Suite 600 |
|    |                Denver, Colorado  80202 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**EXHIBIT 4**

|  | Page 23 |
|---|---|
| 1 | AB LITIGATION SERVICES |
|   | 216 - 16th Street, Suite 600 |
| 2 | Denver, Colorado  80202 |
| 3 | |
| 4 | |
|   |                 MARK HUNT |
| 5 |             September 22, 2023 |
|   |    NHC LLC v. Centaur Construction Company Inc |
| 6 |              Case No. 19 C 6332 |
| 7 | |
| 8 | |
|   | The original deposition was filed with |
| 9 | |
|   | Michael Lamb, Esq. on approximately |
| 10 | |
|   | the 27th day of September, 2023. |
| 11 | |
|   | _XXX_ Signature waived |
| 12 | |
|   | _____ Signature not requested |
| 13 | |
|   | _____ Unsigned; signed signature page and |
| 14 |       amendment sheets, if any, to be filed at |
|   |       trial |
| 15 | |
|   | _____ Unsigned; original amendment sheets and/or |
| 16 |       signature pages should be forwarded to |
|   |       AB Litigation Services to be filed in the |
| 17 |       envelope attached to the sealed original |
| 18 | |
| 19 | Thank you. |
| 20 | AB LITIGATION SERVICES |
| 21 | cc:  All Counsel |
| 22 | |
| 23 | |
| 24 | |
| 25 | |