

1144 15TH STREET   SUITE 3600   DENVER, CO 80202
T 303.301.1490   F 303.301.1491   www.Venable.com

**EXHIBIT 6**

April 8, 2025

t 303.301.1494
f 303.301.1491
JArett@Venable.com

*JArett@Venable.com*

Zachary J. Watters
222 North LaSalle Street, Suite 2400
Chicago, IL 60601
zwatters@vedderprices.com

    Re:   *NHC LLC v. Centaur Construction Co. Inc. et al.*, Case No. 19-cv-06332
            Citations to M Sourcing, LLC and M. Development, LLC

Dear Mr. Watters,

    As you know, this firm represents M Sourcing, LLC and M Development, LLC in connection with the Third-Party Citations to Discovery Assets ("Citations") served by you on behalf of the plaintiffs in the above-referenced Underlying Action. Enclosed herewith please find non-parties M Sourcing, LLC and M Development, LLC's (collectively, the "M Entities") responses and objections to your Citations.

    As you further know, you served the Citations on the M Entities on January 14, 2025. Following discussions between the parties and by mutual agreement, you gave the M Entities an extension of time, to April 8, 2025, to respond to the Citations. I appreciate the courtesy in granting the M Entities this extension.

Objections

1. The M Entities object to the Citations because they require compliance outside the geographical limits specified in Fed. R. Civ. P. 45(c). Pursuant to Rule 45(c), the M Entities cannot be compelled to comply with the Citations outside of the state of Colorado. By providing these responses, the M Entities do not waive their objection to this deficiency and reserve all rights to contest the Citations with the court for the district where compliance is properly required, which is the U.S. District Court for the District of Colorado.

2. The M Entities object to the Citations to the extent that they seek to impose burdens and obligations on the M Entities that are broader than those imposed on non-parties by F.R.C.P. 45 and 69, or any other applicable law.

3. The M Entities object to the Citations to the extent they seek documents that in the first instance should be sought and obtained from the debtors in the Underlying Action.

**VENABLE** LLP

4. The M Entities object to the Citations to the extent they seek documents or communications subject to attorney-client, work product, or other privileges.

5. The M Entities object to the Citations because they are overly broad, unduly burdensome, vague, and ambiguous. The Citations each contain forty-eight requests, many of which are overly broad in their scope and, if responded to fully, would essentially require the M Entities, non-parties to the case, to hand over the entirety of their corporate records. As such, the Citations seek documents and records which go beyond what is reasonably necessary to inquire into the matter at issue in the Underlying Action.

6. The M Entities object to the Citations because they request records which are proprietary in nature, and which contain trade secrets and other confidential commercial information which the M Entities object to producing. This includes, but is not limited to, the M Entities' bank account statements and other corporate ledgers, as well as tax returns filed by the M Entities.

7. The M Entities object to the Citations to the extent that they seek records that are obtainable from some other source that is more convenient, less burdensome, or less expensive, including but not limited to from the other parties to the Underlying Action. The M Entities also object to the Citations to the extent they seek electronically stored information from a source that is not reasonably accessible.

8. The M Entities object to the Citations to the extent that the burden or expense of responding to the Citations outweighs any benefit of the records requested in the Citations.

9. The M Entities object to the Citations because they seek records which may not be relevant to the subject matter in the above- referenced action or reasonably calculated to lead to the discovery of admissible evidence.

During our discussions, we have reached certain agreements in order to resolve some of the objections outline above. The requests for which we have reached a mutual agreement are outlined below. The referenced request number corresponds to the M Sourcing citation, though the agreement applies to the corresponding request in the M Development citation. By producing documents in response to the modified requests, the M Entities do not waive the objections described above and reserve all rights to contest the requests.

Requests 7-9, 39: After the M Entities objected to these requests as overly broad and unduly burdensome, it is the M Entities' understanding that you agreed to allow the M Entities to provide you with a list of projects that Mr. Tsaparas and former employees of Centaur Construction Company Inc. have worked on during the Relevant Period in lieu of producing documents in

**VENABLE** LLP

response to the full request. Based on this understanding, the M Entities will produce documents responsive to this modified request.

Requests 20-23, 28-29: After the M Entities objected to these requests as overly broad and unduly burdensome, it is the M Entities' understanding that you agreed to allow the M Entities to provide you with a declaration related to the ownership of M Sourcing and M Development in lieu of producing documents responsive to this request. A draft of that declaration is attached to this letter for your approval.

Request No. 30: After the M Entities objected to this request as overly broad, unduly burdensome, and requesting irrelevant confidential business information, it is the M Entities' understanding that you agreed to withdraw this request for at least the time being, pending a review of the other documents produced. Based on this understanding, the M Entities are not producing documents responsive to this request.

Request No. 38: After the M Entities objected to this request as overly broad, unduly burdensome, and requesting irrelevant confidential business information, it is the M Entities' understanding that you agreed to withdraw this request. Based on this understanding, the M Entities are not producing documents responsive to this withdrawn request.

Request 40: After the M Entities objected to this request as overly broad, unduly burdensome, and requesting irrelevant confidential business information, it is the M Entities' understanding that you agreed to limit this request a limited set of documents sufficient to show the relationship between M Sourcing, LLC and M Development, LLC. Based on this understanding, the M Entities will produce documents responsive to this modified request.

Request 43: After the M Entities objected to this request as overly broad and requesting irrelevant confidential business information, it is the M Entities' understanding that you agreed to limit this request to tax documents related to the Judgment Debtors. Based on this understanding, the M Entities will produce documents responsive to this modified request.

Request No. 45: After the M Entities objected to this request as overly broad, unduly burdensome, and requesting irrelevant confidential business information, it is the M Entities' understanding that you agreed to limit this request to documents related to donations, charitable gifts, or endowments made by the Judgment Debtors or donations, charitable gifts, or endowments made by the M Entities using assets provided by the Judgment Debtors. Based on this understanding, the M Entities do not have any documents responsive to this modified request.

Document Production

Subject to and without waiving these objections, the M Entities are producing documents Bates numbers MDEV-000307 through MDEV-000626 in response to the requests and modified



requests in the Citations.  These documents are in addition to the documents that have previously been produced in response to other requests, Bates numbers MDEV-000001 through MDEV-000306, some of which are responsive to the requests and modified requests in the Citations.  The documents have been stamped 'Confidential."  For the avoidance of any doubt, the M Entities claim the full confidential protections available in the Underlying Action.

I have also enclosed the answers to the Citations, which were also submitted to the court via U.S. mail.

Please feel free to contact me at 303-301-1494 with any questions.

                                            Sincerely,

                                            */s/ Jessica J. Arett*
                                            Jessica J. Arett


cc:     Emily Keimig

## [PROPOSED] DECLARATION OF MARK HUNT

I, Mark Hunt, declare as follows:

1. I am over eighteen (18) years old and am competent to testify as to the facts in this Declaration based on my personal knowledge.

2. I am personally familiar with each and every owner of M Development, LLC and M Sourcing, LLC.

3. Without making any representations as to the number or legal structure of the owners of M Development, LLC or M Sourcing, LLC, to the extent that M Development, LLC and M Sourcing, LLC is owned by a corporate entity, I have full knowledge of all direct and indirect owners of any such entity.

4. Based on the above knowledge, I can certify that the following entities or individuals do not have a direct or indirect ownership interest in M Sourcing, LLC or M Development, LLC and do not have a direct or indirect ownership interest in any entity which owns any portion of M Sourcing, LLC or M Development, LLC: Centaur Construction Company Inc., Spiro Tsaparas, or Peter Alexopoulos.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025

_____
Mark Hunt

Enter the Case Number given by the Clerk: 19-cv-06332

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NHC LLC, a Florida limited liability company,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

    Defendants.

Case No. 19-cv-06332

Honorable Matthew F. Kennelly

## ANSWER TO THIRD PARTY CITATION TO DISCOVER ASSETS

**1. Information about the Respondent and the Debtors:**

   a. Respondent's name: M Development, LLC

| To creditor: fill out section 1. In **1a**, enter the bank's name. |
| In **1b**, enter the bank's current address. |
| In **1c**, enter the debtor's name. |
| In **1d**, enter the last 4 digits of the debtor's Social Security Number. |
| In **1e**, list the amount of the judgment. |

   b. Respondent's address: 680 Nell Erickson
       *Street Address*
   c. Aspen   CO   81611
      *City*   *State*   *ZIP*

   c. Debtors' names: (1) Spiros Tsaparas a/k/a Spyridon Tsaparas

               (2) Peter Alexopoulos

               (3) Centaur Construction Co., Inc., a dissolved Illinois Corporation

A judgment was entered against the Debtors (jointly and severally) on March 15, 2023 in an aggregate original principal amount of no less than $22,272,124.34, plus post-judgment interest at the statutory rate. A true and correct copy of the referenced judgment is enclosed herewith. The current amount that remains to be paid, including the Creditor's court costs and post judgment interest, minus any applicable payments which have been made, is no less than $21,000,000.00 as of the date of the Third Party Citation to Discover Assets issued with this Answer form, plus court costs of this proceeding.

    **NOTICE TO RESPONDENT:** This is a *Citation*. You might need to freeze up to double the on the source of the deposits. See question 2.

| To creditor: leave the rest of the form blank. |
| **To Respodnent**: fill out the remaining parts of this form and sign it. Then file this *Answer* with the court and send a copy to the creditor. Contact the Clerk for instructions on how to file this *Answer* with the court. |

**2. Interrogatories:**

   a. On the date of service of the *Citation*, do you have any personal property or money belonging to any of the debtors?
     ☐ Yes   ☒ No  ***If no, do not fill out the rest of the form. Sign below.***

   b. Is any of the money deposited into an IRA?
     ☐ Yes. If yes, do not freeze the IRA accounts.   ☐ No

   c. Have all of the deposits made during the past 90 days been electronically deposited and identified as Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension, or Retirement?
     ☐ Yes. If yes, do not freeze the account.   ☐ No

   d. Is the account's current balance equal to or less than the total of the exempt deposits? ☐ Yes.
     If yes, do not freeze the account.   ☐ No

     If you checked **No** in **b**, **c**, and **d**, then freeze up to double the amount of the judgment.

Enter the Case Number given by the Clerk: __19-cv-06332__

**3. Property:**

a. ☐ Account

| | Account Type | Account Balance | Amount Withheld |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |
| 3. | | $ | $ |
| 4. | | $ | $ |
| 5. | | $ | $ |
| 6. | | $ | $ |

b. ☐ Safety Deposit ☐ Yes ☐ No

c. ☐ Other property *(rents, mortgages, etc.)*

| | Describe Property | Value of Property | Amount Withheld |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |

d. ☐ Less Right of Offset for Loans $ _____

e. **Total Amount Frozen:** $ _____

**4. List all electronic monthly deposits:**

| | Account Number | Source of Deposit | Monthly Amount |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

**5. List all joint account holders or anyone who has a claim on the property:**

> If all of the property belongs to another person who is not the debtor, do not freeze the property.

a. _____
*First*        *Middle*        *Last Name*

_____
*Street*

_____
*City*        *State*        *ZIP*

Account Information: Type: ☐ Checking ☐ CD ☐ Savings
Account Number: _____

b. _____
*First*        *Middle*        *Last Name*

_____
*Street*

_____
*City*        *State*        *ZIP*

Account Information: Type: ☐ Checking ☐ CD ☐ Savings
Account Number: _____

Enter the Case Number given by the Clerk: __19-cv-06332__

c.

_____
*First          Middle          Last Name*

_____
*Street*

_____
*City          State          ZIP*

Account Information:  Type:  ☐ Checking  ☐ CD  ☐ Savings

Account Number: _____

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.** |

__Mark Hunt_____   __c/o Jessica Arett, Venable LLP, 1144 15th Street, Suite 3600__
*Your Signature*                  *Street Address*

__Mark Hunt_____   __Denver, CO 80202_____
*Print Your Name*                *City, State, ZIP*

__jarett@venable.com_____   __303-301-1494_____
*Email*                          *Telephone*

_____
*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

Enter the Case Number given by the Clerk: 19-cv-06332

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NHC LLC, a Florida limited liability company,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., an Illinois corporation, SPIRO TSAPARAS, and PETER ALEXOPOULOS,

    Defendants.

Case No. 19-cv-06332

Honorable Matthew F. Kennelly

## ANSWER TO THIRD PARTY CITATION TO DISCOVER ASSETS

1. **Information about the Respondent and the Debtors:**

    a. Respondent's name: M Sourcing, LLC

    b. Respondent's address: 100 S Spring Street
       *Street Address*

    c. Aspen, CO, 81611
       *City   State   ZIP*

    c. Debtors' names: (1) Spiros Tsaparas a/k/a Spyridon Tsaparas

        (2) Peter Alexopoulos

        (3) Centaur Construction Co., Inc., a dissolved Illinois Corporation

    A judgment was entered against the Debtors (jointly and severally) on March 15, 2023 in an aggregate original principal amount of no less than $22,272,124.34, plus post-judgment interest at the statutory rate. A true and correct copy of the referenced judgment is enclosed herewith. The current amount that remains to be paid, including the Creditor's court costs and post judgment interest, minus any applicable payments which have been made, is no less than $21,000,000.00 as of the date of the Third Party Citation to Discover Assets issued with this Answer form, plus court costs of this proceeding.

    **NOTICE TO RESPONDENT:** This is a *Citation*. You might need to freeze up to double the on the source of the deposits. See question 2.

> **To creditor:** fill out section 1. In **1a**, enter the bank's name.
>
> In **1b**, enter the bank's current address.
>
> In **1c**, enter the debtor's name.
>
> In **1d**, enter the last 4 digits of the debtor's Social Security Number.
>
> In **1e**, list the amount of the judgment.

2. **Interrogatories:**

    a. On the date of service of the *Citation*, do you have any personal property or money belonging to any of the debtors?
       ☐ Yes   ☒ No   ***If no, do not fill out the rest of the form. Sign below.***

    b. Is any of the money deposited into an IRA?
       ☐ Yes. If yes, do not freeze the IRA accounts.   ☐ No

    c. Have all of the deposits made during the past 90 days been electronically deposited and identified as Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension, or Retirement?
       ☐ Yes. If yes, do not freeze the account.   ☐ No

    d. Is the account's current balance equal to or less than the total of the exempt deposits? ☐ Yes.
       If yes, do not freeze the account.   ☐ No

    If you checked **No** in **b**, **c**, and **d**, then freeze up to double the amount of the judgment.

> **To creditor:** leave the rest of the form blank.
>
> **To Respodnent:** fill out the remaining parts of this form and sign it. Then file this *Answer* with the court and send a copy to the creditor. Contact the Clerk for instructions on how to file this *Answer* with the court.

Enter the Case Number given by the Clerk: __19-cv-06332__

**3. Property:**

   a. ☐ Account

| | Account Type | Account Balance | Amount Withheld |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |
| 3. | | $ | $ |
| 4. | | $ | $ |
| 5. | | $ | $ |
| 6. | | $ | $ |

   b. ☐ Safety Deposit  ☐ Yes  ☐ No

   c. ☐ Other property *(rents, mortgages, etc.)*

| | Describe Property | Value of Property | Amount Withheld |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |

   d. ☐ Less Right of Offset for Loans  $ _____

   e. **Total Amount Frozen:** $ _____

**4. List all electronic monthly deposits:**

| | Account Number | Source of Deposit | Monthly Amount |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

**5. List all joint account holders or anyone who has a claim on the property:**

*If all of the property belongs to another person who is not the debtor, do not freeze the property.*

   a. _____
      *First*  *Middle*  *Last Name*

      _____
      *Street*

      _____
      *City*  *State*  *ZIP*

      Type text here
      Account Information:  Type:  ☐ Checking  ☐ CD  ☐ Savings
      Account Number: _____

   b. _____
      *First*  *Middle*  *Last Name*

      _____
      *Street*

      _____
      *City*  *State*  *ZIP*

      Account Information:  Type:  ☐ Checking  ☐ CD  ☐ Savings
      Account Number: _____

Enter the Case Number given by the Clerk: __19-cv-06332__

c.

_____
*First           Middle              Last Name*

_____
*Street*

_____
*City                State            ZIP*

Account Information:  Type:  ☐ Checking  ☐ CD  ☐ Savings

Account Number: _____

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.** |

Mark Hunt                                                  c/o Jessica Arett, Venable LLP, 1144 15th Street, Suite 3600
_____        _____
*Your Signature*                                            *Street Address*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Mark Hunt                                                  Denver, CO 80202
_____        _____
*Print Your Name*                                         *City, State, ZIP*

Enter your complete address, telephone number, and email address, if you have one.

jarett@venable.com                                         303-301-1494
_____        _____
*Email*                                                     *Telephone*

Mail or hand-deliver a copy of this completed *Answer* to the Clerk, plaintiff, and debtor.

_____
*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.