**EXHIBIT 7**

| | |
|---|---|
| **From:** | Watters, Zachary J. |
| **To:** | Arett, Jessica J. |
| **Cc:** | Jackson, Daniel P.; Keimig, Emily F. |
| **Subject:** | NHC v. Centaur Construction - M Development and M Sourcing Third-Party Citation Document Production [VED-VP.FID535382] |
| **Date:** | Wednesday, July 16, 2025 4:07:40 PM |
| **Attachments:** | M Sourcing Citation - With Rider_stamped_11420259947.pdf |
| | M Development Citation - With Rider_stamped_11420259917.pdf |

**Caution: External Email**

Jessica,

We are writing with respect to the Third-Party Citations to Discover Assets served on M Sourcing, LLC ("M Sourcing") and M Development, LLC ("M Dev." and collectively, the "M Entities"). We have attached copies of both Third-Party Citations for your reference.

Since we last met and conferred regarding the document production associated with the Third-Party Citations served on the M Entities, NHC LLC ("NHC") has: (i) reviewed the supplemental document production provided by the M Entities (bates labeled MDEV-307 – 626); (ii) spent significant time and resources attempting to obtain documents from Centaur Construction Inc., Spiro Tsaparas, and Peter Alexopoulos (collectively, the "Judgment Debtors"); and (iii) spent significant time and resources obtaining documents from various third-parties. Based on our review of the documents provided by the M Entities, the Judgment Debtors, and various third-parties, NHC is not satisfied that the M Entities have made a fulsome and complete document production.

NHC understands and acknowledges that during our last meet-and-confer discussion, we attempted to reach a compromise with respect to certain requests in an effort to avoid motion practice. However, based on the documents produced by the M Entities and additional information NHC has obtained, the limited documents produced in response to the compromise requests are not sufficient and do provide NHC with the documents and information it is entitled to. Given the passage of time since our last meet-and-confer discussion, we are writing to confirm our understanding as to the positions of the M Entities with respect to certain requests. The request numbers identified below correspond to the request numbers in the Third-Party Citation issued to M Sourcing, although this correspondence applies to the nearly substantively identical requests issued to M Dev. Please provide confirmation as to the accuracy of the positions outlined below within five days.

Request Nos. 1-5, 10-17, 19, 26-27, 30-35, 41-42, 44, and 47: These requests relate to monies provided to, owed to, accepted from, or related to the Judgment Debtors and it is our understanding that the M Entities' position is that they have produced all documents responsive to these requests.

Request Nos. 6 and 18: These requests relate to agreements between the M Entities and the Judgment Debtors and it is our understanding that the M Entities' position is that they have produced all documents responsive to these requests.

Request Nos. 24-25: These requests relate to meeting minutes concerning the Judgment Debtors

and it is our understanding that the M Entities' position is that no such documents exist.

Request No. 37:  This request relates to mergers, joint ventures, partnerships, and affiliations involving the Judgment Debtors and it is our understanding that the M Entities' position is that no such documents exist.

Request No. 46:  This request relates to any interest the Judgment Debtors possess in real estate and it is our understanding that the M Entities' position is that no such documents exist.

Request Nos. 7-9, 36, and 39:  It is our understanding that with the exception of the list of projects previously provided by the M Entities, the M Entities are not willing to produce any documents responsive to these requests.

Request No. 30:  It is our understanding that the M Entities are not willing to produce documents responsive to this request.

Request No. 38:  It is our understanding that the M Entities are not willing to produce documents responsive to this request.

Request No. 43:  It is our understanding that the M Entities are not willing to produce documents responsive to this request.

Thank you.

Zach

**Zachary J. Watters,** Shareholder

VedderPrice

222 North LaSalle Street, Chicago, Illinois 60601
T +1 312 609 7594
web | email | offices | biography

---

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price (FL) LLP, which operates in Florida, and Vedder Price Pte. Ltd., which operates in Singapore.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or

copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

d250106us