# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| NHC LLC, | |
| Plaintiff | Case No. 1:25-cv-02537 |
| vs. | Judge S. Kato Crews |
| CENTAUR CONSTRUCTION COMPANY, INC., *et al.*, | Mag. Judge Timothy P. O'Hara |
| Defendant. | |

## MOTION FOR EXCESS PAGES

Respondent NHC LLC ("NHC"), by and through its undersigned counsel, hereby moves pursuant to Section V.2 of the D. Colo. Uniform Civil Practice Standards of the United States Magistrate Judges, for leave to file a brief in excess of the Court's 15-page limit. NHC hereby requests leave to file a 22-page response to the motion to quash filed by M Sourcing LLC and M Development LLC (the "M Entities"). In support of this motion, NHC states as follows:

1. This ancillary proceeding is the latest step in an extremely complex piece of litigation that has been pending in the United Stated District Court for the Northern District of Illinois since September 23, 2019, and currently spans 794 docket entries. *See NHC LLC v. Centaur Construction Company Inc. et al*, Case No. 19-cv-06332 (N.D. Ill.) (the "Litigation").

2. In this proceeding, the M Entities have filed a motion to quash, asking this Court to reach into the U.S. Northern District of Illinois and quash *citations* that were issued with the court's permission in that case and issued pursuant to Illinois law.

3. Because of the long and complicated history of the Litigation, it is necessary for NHC to provide a substantial amount of information in its response brief — much more than would

typically be necessary if this case was in its infancy or if the motion to quash was properly proceeding in the U.S. Northern District of Illinois.

4. The motion to quash (ECF No. 1) is itself 20 pages long, longer than the 15 pages allowed by this Court's rules for motion practice.

5. Additionally, the motion to quash attaches a self-serving declaration and ***more than 350 pages*** of exhibits. (ECF No. 1).

6. The 20-page motion to quash also contains many misstatements of law and fact that must be corrected.

7. Because of the length of the motion to quash (including the voluminous exhibits), the number of issues to be addressed, and the complicated procedural history, there is good cause for NHC's response to exceed the 15-page limit.

8. NHC therefore requests that the Court grant it leave to a file a 22-page response.

9. NHC's counsel did not determine that additional pages would be needed until the evening of September 2, 2025. NHC needed to file this motion shortly after realizing it was necessary because of the Court's rule on motions for excess pages. *See* Section V.2. Immediately upon recognizing the issue, NHC's counsel sent an email to the M Entities' counsel to ascertain their position, but no response was received before NHC needed to file the motion. NHC will provide the Court with the M Entities' position as soon as possible.

WHEREFORE, NHC respectfully requests that the Court enter an Order granting it leave to file a 22-page response.

Dated: September 2, 2025

/s/ Bryan K. Clark
Vedder Price P.C.

Bryan K. Clark
bclark@vedderprice.com
222 North LaSalle Street
Chicago, IL 60601
T: (312) 609-7500
F: (312) 609-5005

*Attorneys for respondent NHC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Bryan K. Clark*

Attorney for Respondent