# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02537

NHC LLC,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY, INC., *et al*.,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    NHC LLC

DATED at Denver, Colorado this 3rd of September, 2025.

Daniel P. Jackson
Name of Attorney

Vedder Price P.C.
Firm Name

222 N. LaSalle Street
Office Address

Chicago, IL 60601
City, State, ZIP Code

312-609-7810
Telephone Number

djackson@vedderprice.com
Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>/s/Daniel P. Jackson</u>