IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02537

NHC LLC,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY, INC., *et al.*,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>NHC LLC</u>

DATED at Denver, Colorado this <u>3rd</u> of <u>September</u>, 20<u>25</u>.

<u>Zachary J. Watters</u>
Name of Attorney

<u>Vedder Price P.C.</u>
Firm Name

<u>222 N. LaSalle Street</u>
Office Address

<u>Chicago, IL 60601</u>
City, State, ZIP Code

<u>312-609-7810</u>
Telephone Number

<u>zwatters@vedderprice.com</u>
Primary CM/ECF E-mail Address

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 3rd, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Zachary J. Watters*

2