IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02537-SKC-TPO

NHC LLC,

     Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC., *et al.*,

     Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT**

Non-Parties M Sourcing, LLC and M Development, LLC (collectively, the "M Entities"), hereby file this Motion for Extension of Page Limit.

Pursuant to D.C. Colo. LCivR 7.1(a), counsel for the M Entities conferred with counsel for NHC, LLC ("NHC") regarding this Motion. NHC does not oppose the extension requested.

Excluding certain types of motions, all replies submitted to this Court are limited to ten (10) pages in length, exclusive of cover page, table of contents, signature blocks, and certificates of service. *See* SKC Civ. Practice Standard 10.1(c)(1). However, this Court will entertain motions for extensions of the page limit where appropriate and for good cause. *See* SKC Civ. Practice Standard 10.1(c)(5).

NHC's response to the M Entities Motion (1) To Quash Third Party citations to Discover Assets and (2) For a Protective Order (the "Motion to Quash") was 22 pages long and included lengthy factual allegations and complicated legal arguments that encompass not just the federal rules, but state procedural rules in Illinois. In order to adequately respond to these factual

1

allegations and legal arguments, the M Entities must provide the court with significant additional factual and procedural background that normally would not be necessary in a reply brief.

As a result, the M Entities are requesting an additional six pages, up to and through sixteen (16) pages, not including any cover page, table of contents, signature block, or certificate of service. While the reply would be longer than the presumptive 10 pages, the M Entities believe the extra length will assist the Court in its consideration of the Motion to Quash.

Dated: September 16, 2025

Respectfully submitted,

VENABLE LLP

s/ Jessica Arett
Jessica Arett
1144 15th St., Suite 3600
Denver, CO 80202
Tel: (303) 301-1494
Fax: (303) 301-1491
jarett@venable.com

*Counsel for nonparty citation respondents
M Development, LLC and M Sourcing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2025, I electronically filed the foregoing document with the clerk of Court using the CM/ECF system, which will send notifications of such filing to the following CM/ECF registrant(s):

Bryan K. Clark
Daniel P. Jackson
Zachary J. Watters
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
bclark@vedderprice.com
djackson@vedderprice.com
zwatters@vedderprice.com

/s/ *Jessica Arett*
*Counsel for nonparty citation respondents*
*M Development, LLC and M Sourcing, LLC*