IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02537-SKC-TPO

NHC LLC,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC.;
SPIRO TSAPARAS; and
PETER ALEXOPOULOS,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 18, 2025.**

    This matter comes before the Court upon Non-Parties M Sourcing, LLC and M Development, LLC's ("M Entities") Notice of Withdrawal of their Motion (1) to Quash Third Party Citations to Discovery Asset and (2) for a Protective Order [ECF 19]. The dispute will be resolved in the U.S. District Court for the Northern District of Illinois, where the underlying case is currently pending. Accordingly, the Motion to Quash and for a Protective Order [ECF 1] is **withdrawn**. Non-Parties M Entities' Unopposed Motion for Extension of Page Limit [ECF 16] is **denied as moot**.

    The Court notes that the M Entities' Motion to Restrict Access to Certain Exhibits to ECF 12-1 [ECF 18] remains pending. Pursuant to D.C.COLO.LCivR 7.2(d), the Court will not issue a ruling on the motion until the period for public objection has passed.