IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02537-SKC-TPO

NHC LLC,

    Plaintiff,

v.

CENTAUR CONSTRUCTION COMPANY INC.;
SPIRO TSAPARAS; and
PETER ALEXOPOULOS,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 2, 2025.**

    This matter comes before the Court upon Non-Parties M Sourcing, LLC and M Development, LLC's ("M Entities") Motion to Restrict Access to Certain Exhibit to ECF 12-1 [ECF 18]. For good cause shown, the Motion [ECF 18] is **granted**. The Court notes that Counsel for NHC has indicated its opposition to the Motion but stated no intent to file a written response. The Court thus does not await further briefing. *See* D.C.COLO.LCivR 7.1(d).

    Pursuant to D.C.COLO.LCivR 7.2, the Clerk of Court is directed to maintain the document at ECF 13 (Exhibit 1 in support of Response to Motion to Quash) under Level One Restricted Access until further order of the Court.

    Because there is no longer any requests for relief pending in this matter, *see* ECFs 19; 21, the Clerk of Court is directed to close this case.